■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN SEIFERT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered December 31, 1986, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Rubin, Harwood and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE SPENCER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Bonomo, J.), rendered June 3, 1982, convicting him of manslaughter in the first degree, criminal possession of a weapon in the second degree, and criminal use of a firearm in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v McDermott,* 142 AD2d 652; *People v Roberts,* 144 AD2d 395). Thompson, J. P., Lawrence, Rubin, Harwood and Balletta, JJ., concur.